# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 3, 2019

## NO. 03-17-00741-CV

### Texas Mutual Insurance Company, Appellant

### v.

### Hofer Builders, Inc. and Hartford Underwriters Insurance Company, Appellees

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES GOODWIN, BAKER, AND TRIANA
AFFIRMED IN PART; REVERSED AND REMANDED IN PART --
OPINION BY JUSTICE GOODWIN**

This is an appeal from the order signed by the trial court on May 25, 2017. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the portions of the trial court's order granting the motions for summary judgment of Hofer Builders, Inc. and Hartford Underwriters Insurance Company; we affirm the portion of the trial court's order denying Texas Mutual Insurance Company's motion for summary judgment. We remand the case to the trial court for further proceedings consistent with the Court's opinion. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.